IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               No. 00-20259

RONALD COLEMAN,

    Defendant.

ORDER OF RECUSAL

The Court hereby recuses itself in this matter and returns the file to the Clerk of Court for reassignment.

SO ORDERED this 29 day of December 2000.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

ROBERT R. DI TROLIO
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200
FAX (901) 421-9210

January 2, 2001

To All Concerned Parties:

Re:   00-20259-Ml     United States of America v. Ronald Coleman

Pursuant to the Order of Recusal, the above-styled case has been reassigned from **Judge Jon P. McCalla** to **Judge Julia S. Gibbons**.

In the future, please change your pleadings to reflect the initials **G** following the case number.

It is essential that this change be reflected on future filings. This will ensure that copies of your filings are handed to the correct judge upon receipt. *Please correct your files/word processors to reflect this change.*

Sincerely,

Robert R. DiTrolio
Clerk of Court

BY: _Yolanda Savage_
Deputy Clerk

cc:   Judge McCalla
      Judge Gibbons
      Courtroom Deputies
      File

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:00-CR-20259 was distributed by fax, mail, or direct printing on January 2, 2001 to the parties listed.

Linda N. Harris
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main Street
Suite 800
Memphis, TN 38103

Julia Smith Gibbons
UNITED STATES DISTRICT JUDGE
167 N. Main St.
11th Floor
Memphis, TN 38103

Honorable Julia Gibbons
US DISTRICT COURT